IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOLENE HERN                                                                                         PLAINTIFF

vs.                                         Civil No. 2:12-cv-02208

MICHAEL J. ASTRUE                                                                           DEFENDANT
Commissioner, Social Security Administration

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff's Complaint. ECF No. 1. Plaintiff filed this *pro se* Complaint on September 11, 2012. Thereafter, Defendant filed an answer, and the transcript in this action was also filed. On April 17, 2013, the Court entered a social security scheduling order clearly directing Plaintiff to file an appeal brief by May 17, 2013. Plaintiff was mailed a copy of this order to her address on file on the same date. In this order, the Court noted that "**Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute**." Despite this deadline and this warning, Plaintiff has not timely filed an appeal brief as required by this order. Further, Plaintiff's copy of this order was not returned as undeliverable, and Plaintiff has not provided any indication that her address has changed.

Accordingly, consistent with the directive of this scheduling order, the Court recommends Plaintiff's Complaint be **DISMISSED** for failure to comply with an order of the Court, failure to timely file her appeal brief, and failure to prosecute this action.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

      **ENTERED this 30th  day of July 2013.**

                                              /s/   Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              U.S. MAGISTRATE JUDGE