IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOLENE HERN                                                                                       PLAINTIFF

vs.                                            Civil No. 2:12-cv-02208

CAROLYN W. COLVIN                                                                          DEFENDANT
Commissioner, Social Security Administration

## AMENDED REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant's Motion for Involuntary Dismissal.[1]  ECF No. 11.  Plaintiff filed her *pro se* Complaint on September 11, 2012.  Thereafter, Defendant filed an answer, and the transcript in this action was also filed.  On April 17, 2013, the Court entered a social security scheduling order clearly directing Plaintiff to file an appeal brief by May 17, 2013.  Plaintiff was mailed a copy of this order to her address on file on the same date.  In this order, the Court noted that "**Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute**."  Despite this deadline and this warning, Plaintiff has not timely filed an appeal brief as required by this order.  Further, Plaintiff's copy of this order was not returned as undeliverable, and Plaintiff has not provided any indication that her address has changed.

Plaintiff claims her failure to file an appeal brief was justified because she was unaware of a deadline for her appeal brief.  ECF No. 13.  Because Plaintiff is proceeding *pro se*, the Court finds Plaintiff's failure is excused.  Accordingly, the Court **VACATES** the previous Report and Recommendation (ECF No. 12) entered on this issue.  The Court recommends Defendant's Motion

---

[1] Defendant also requested the alternative relief of a show cause order.  ECF No. 11.  Because Plaintiff has given a reason for her failure to file an appeal brief, a show cause order is no longer necessary.

1

for Involuntary Dismissal (ECF No. 11) be **DENIED**.  The Court recommends Plaintiff be given until **September 30, 2013 to file her appeal brief.  Again, the Court reminds Plaintiff that <u>her failure to file a timely brief may result in dismissal for failure to prosecute</u>.**

The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 13th day of August 2013.

                                                         /s/   Barry A. Bryant  
                                                         HON. BARRY A. BRYANT  
                                                         U.S. MAGISTRATE JUDGE